Sullivan et ux., Appellants, *v.* Thurner.

Argued March 12, 1973.  Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

reargument refused August 2, 1974.

*Maurice A. Nernberg, Jr.,* with him *Nernberg & Nernberg,* for appellants.

*Dale Cleland,* with him *Cleland, Hurtt and Witt,* for appellee.

OPINION PER CURIAM, July 1, 1974:
Decree affirmed. Each party to pay own costs.